IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ARMANDO MARTIN FRANCISCO,

     Petitioner,

v.                                                                No. 1:26-cv-01392-KG-JFR

MARKWAYNE MULLIN, et al.,

     Respondents.

## ORDER TO ANSWER

     Petitioner Armando Martin Francisco filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 on May 4, 2026.  (Doc. 1).  Petitioner filed an application for a temporary restraining order ("TRO") on May 5, 2026.  (Doc. 3).  The Court has received notice of electronic service, and Respondents have not yet appeared.  The Court orders Respondents to file an answer to the TRO application and Petition within 10 business days of the filing of the petition, by May 18, 2026.  Petitioner may file an optional reply within 7 days after the answer is filed.  The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: USANM.Civil.Immigration@usdoj.gov.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.